RECEIVED
DEC 07 2009
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL MIELE, et al. | Civil No. 09-4687 |
| vs. | Order of Reassignment |
| ROBERT O. CARR, et al. | |

It is on this 8th day of December, 2009

O R D E R E D that the entitled action is reassigned from

JUDGE JOEL A. PISANO TO JUDGE ANNE E. THOMPSON.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT