**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma
Katrina Carroll
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

**BARROWAY TOPAZ KESSLER**
  **MELTZER & CHECK, LLP**
Eric L. Zagar
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (267) 948-2512

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL MIELE and CHARLES LEE, Derivatively on Behalf of Nominal Defendant HEARTLAND PAYMENT SYSTEMS, INC., | Civil Action No. 3:09-cv-4687-AET |
| Plaintiffs, | |
| v. | |
| ROBERT O. CARR, ROBERT H. B. BALDWIN, MITCHELL L. HOLLIN, ROBERT H. NIEHAUS, MARC J. OSTRO, JONATHAN J. PALMER, GEORGE F. RAYMOND and RICHARD W. VAGUE, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants, | |
| - and - | |
| HEARTLAND PAYMENT SYSTEMS, INC., | |
| Nominal Defendant. | |

233409 v1

WHEREAS, on September 11, 2009, Plaintiffs brought the above-captioned shareholder derivative action on behalf of Heartland Payment Systems, Inc. ("Heartland") against certain officers and directors of Heartland after making a litigation demand on Heartland's Board of Directors (the "Board");

WHEREAS, in response to the above, the Board appointed a special committee (the "Special Committee") to conduct an investigation into Plaintiffs' claims;

WHEREAS, the Special Committee retained independent counsel and, over the past seven months, conducted and completed its investigation;

WHEREAS, Plaintiffs had requested and have reviewed (as Plaintiffs in this shareholder derivative action) sections of a report prepared by the Special Committee, reflecting the Special Committee's process and conclusions;

WHEREAS, based upon the above information provided to Plaintiffs, Plaintiffs and Defendants, by the undersigned counsel, stipulate and agree that the Verified Consolidated Shareholder Derivative Complaint in this action shall be dismissed with prejudice, with no compensation to Plaintiffs or relief from Defendants. Each party shall bear their own costs, expenses and attorneys' fees.

NOW THEREFORE, the parties to the above-captioned action, through their respective counsel, stipulate and agree, subject to approval of the Court, as follows:

1. This action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a); and

2. Each party shall bear its own costs, expenses and attorneys' fees.

233409 v1

Dated: March 19, 2010                **LITE DEPALMA GREENBERG, LLC**

*/s/ Joseph J. DePalma*

Joseph J. DePalma
Katrina Carroll
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

**BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP**
Eric L. Zagar
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (267) 948-2512

*Counsel for Plaintiffs*

Dated: March 19, 2010                **BLANK ROME LLP**

*/s/ John O. Farley* (with permission)

Stephen M. Orlofsky
Seth J. Lapidow
New Jersey Resident Partners
David C. Kistler
301 Carnegie Center Drive, Suite 301
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile: (609) 750-7701

**GOODWIN PROCTER LLP**
Stephen D. Poss (*pro hac vice*)
John O. Farley (*pro hac vice*)
Exchange Place
53 State Street
Boston, MA
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Nominal Defendant Heartland
Payment Systems, Inc.*

233409 v1

\* \* \*

## ORDER

IT IS SO ORDERED:

DATED: 3/22/10

_____
The Honorable Anne E. Thompson
Senior United States District Judge

233409 v1